# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

United States of America )
v. )
Yunior Albarran-Torres )
)
) Case No: 7:10-CR-153-1D
)
Date of Original Judgment: September 21, 2011 ) USM No: 55185-056
Date of Previous Amended Judgment: _____ ) Cindy Bembry
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant was sentenced at the statutory minimum in Counts 2 and 3 and those minimum sentences did not change as a result of the retroactive amendment and were not mitigated by a substantial assistance motion. See also [D.E. 66].

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated September 21, 2011, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 7/9/15 _____
*Judge's signature*

Effective Date: _____
*(if different from order date)*
James C. Dever III, Chief U.S. District Judge
*Printed name and title*